UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TRAVIS R. HOGG, ) <br> ) <br> Defendant. ) | No. 3:10-00099 <br> JUDGE HAYNES |

# O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to withdraw plea of guilty (Docket Entry No. 23) is **DENIED**. The date for the sentencing hearing will be set by separate order.

It is so **ORDERED**.

ENTERED this the ____ day of July, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge