IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00099 |
| | ) | CHIEF JUDGE HAYNES |
| TRAVIS R. HOGG | ) | |

### AGREED MOTION TO SET PLEA HEARING AND TO SENTENCE AT THE TIME OF THE PLEA

Defendant Travis Hogg, with the agreement of the government, moves to set a plea hearing in this case because the parties reached a plea agreement under Rule 11(c)(1)(C). Counsel for both parties are available for a plea at any time on October 25, October 28, or November 1, 2013. Hogg asks that the Court set the plea at one of those times or another time convenient to the Court.

Hogg further asks that the Court impose sentence on him at the time of the plea. A presentence report has already been completed in this case because before his appeal Hogg was sentenced. Since his sentencing, there has been no material change because Hogg has been continuously incarcerated without incident. The Rule 11(c)(1)(C) plea agreement is for a sentence of time served, and therefore any delay in sentencing is against Hogg's interests. The government concurs with this request for sentencing at the time of the plea. Hogg respectfully requests that the Court grant it.

*[Handwritten annotation: ORDER — The motion is granted. The hearing is set for October 25, 2013 at 4:30pm. /s/ [signature] 10-21-13]*