PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Travis R. Hogg     Case Number: 3:10-00099

Name of Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Court Judge

Date of Original Sentence: September 9, 2011

Date of Amended Sentence: October 25, 2013

Original Offense: 21 U.S.C. §841(a)(1), Possession with Intent to Distribute Cocaine Base

Original Sentence: 188 months' custody and 4 years' supervised release

Amended Sentence: Time served and 3 years' supervised release

Type of Supervision: Supervised release     Date Supervision Commenced: October 25, 2013

Assistant U.S. Attorney: Brent A. Hannafan     Defense Attorney: Michael C. Holley

---

The Court orders:

☒ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this _____ day of _____, 2014, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Brad Bartels
U.S. Probation Officer

Place     Cookeville

Date     January 30, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On January 7, 2014, Mr. Hogg was given a drug test that appeared to be positive for marijuana. When questioned by the probation officer, Mr. Hogg originally denied using any illegal substances. After further questioning by the probation officer, Mr. Hogg admitted to smoking marijuana on or about December 31, 2013. The urine sample was confirmed by the laboratory to be positive for marijuana.

On January 9, 2014, Mr. Hogg was given a drug test that appeared to be positive for marijuana. When questioned by the probation officer, Mr. Hogg denied new use and stated his last use was on or about December 31, 2013. The urine sample leaked during transit to the laboratory and was unable to be confirmed.

On January 27, 2014, Mr. Hogg was given a drug test that appeared to be positive for marijuana. Mr. Hogg originally denied new use, but later admitted to smoking marijuana with his friends on or about January 14, 2014. The urine sample was confirmed by the laboratory to be positive for marijuana.

**Compliance with Supervision Conditions and Prior Interventions:**
Travis Hogg lives with his girlfriend in Lebanon, Tennessee, and is currently employed with Marion and Green Roofing. Mr. Hogg began his three year term of supervised release on October 25, 2013, and is due to terminate supervision on October 24, 2016.

As a result of the positive drug test on January 7, 2014, the probation officer verbally reprimanded Mr. Hogg and re-instructed him to not use any illegal substance. Mr. Hogg was referred for substance abuse treatment at Cumberland Mental Health in Lebanon, Tennessee.

As a result of the positive drug test on January 27, 2014, the probation officer, again, verbally reprimanded Mr. Hogg and re-instructed him to not use any illegal substance. Mr. Hogg's treatment was increased to one session per week. The probation officer encouraged Mr. Hogg to actively participate in his treatment, and discussed the possibility of inpatient substance abuse treatment if Mr. Hogg continued to use marijuana.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Hogg remain on supervised release, participate in substance abuse treatment, and not incur any future violations. Assistant U.S. Attorney Brent Hannafan has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _[signature]_
Britton Shelton
Supervisory U.S. Probation Officer